Catherine P. Schoeffler, Plaintiff-Appellant, v. The Village of Oak Park, a Municipal Corporation, and Glenn Sunde, Commissioner of Public Works of the Village of Oak Park and J. M. Corbett Co., an Illinois Corporation, Defendants-Appellees.

Gen. No. 49,947.

First District, Second Division.

November 16, 1965.

James C. Kellogg, of Chicago, for appellant; Arthur C. Thorpe, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**